UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
HAROLD NANCE,

      Plaintiff,

  -against-

LIEUTENANT MARIO SIRACUSA; SAMUEL GREEN,
UNIVERSITY POLICE OFFICER; JOSE VASQUEZ,
UNIVERSITY POLICE OFFICER; and DOWNSTATE
UNIVERSITY HOSPITAL,

      Defendants.
------------------------------------------------------------ X

02 CV 3526 (ARR)

<u>NOT FOR
PUBLICATION</u>

<u>OPINION AND ORDER</u>

ROSS, United States District Judge:

  The court has received the Report and Recommendation on the instant case dated December 30, 2005 from the Honorable Lois Bloom, United States Magistrate Judge. No objections have been filed. Having conducted a <u>de novo</u> review of the record, the court hereby adopts the Report and Recommendation, in its entirety, as the opinion of the court pursuant to 28 U.S.C. § 636(b)(1). Accordingly, plaintiff's action is dismissed under Fed. R. Civ. P. 37(b)(2)(C).

SO ORDERED.

                   / /

                Allyne R. Ross
                United States District Judge

Dated: January 17, 2006
    Brooklyn, New York

1

SERVICE LIST:

>*Pro Se Plaintiff:*
>Harold Nance
>41 Schermerhorn Street
>Brooklyn, NY 11201-4845
>
>*Counsel for Defendants:*
>Garvin V. Smith
>State of New York, Office of the Attorney General
>120 Broadway, 24th Floor
>New York, NY 10271

cc: Magistrate Lois Bloom