UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
HAROLD NANCE,

                Plaintiff,

-against-

LIEUTENANT MARIO SIRACUSA; SAMUEL
GREEN, UNIVERSITY POLICE OFFICER; JOSE
VASQUEZ, UNIVERSITY POLICE OFFICER; and
DOWNSTATE UNIVERSITY HOSPITAL,

                Defendants.
-----------------------------------------------------------X

JUDGMENT
02-CV- 3526 (ARR)

       An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on January 24, 2006, adopting the Report and Recommendation of Magistrate Judge Lois Bloom, dated December 30, 2005, after a *de novo* review of the record; and dismissing plaintiff's action under Fed. R. Civ. P. 37(b)(2)(C); it is

       ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that the Report and Recommendation of Magistrate Judge Lois Bloom is adopted in its entirety; and that plaintiff's action is dismissed under Fed. R. Civ. P. 37(b)(2)(C).

Dated: Brooklyn, New York
       January 25, 2006

                                                           ROBERT C. HEINEMANN
                                                           Clerk of Court